Dismissed and Opinion filed July 3, 2002









Dismissed and Opinion filed July 3, 2002.

 

 

In The

 

Fourteenth Court of Appeals

_________________

 

NO. 14-02-00174-CV

____________

 

DISBURSING AGENT OF THE CREDITOR=S FUND OF WILLIAM R. PARKER, JR., Appellant

 

V.

 

HARRIS COUNTY FRESH WATER SUPPLY
DISTRICT NO. 58, Appellee

 



 

On
Appeal from the 270th District Court

Harris
County, Texas

Trial
Court Cause No. 00-65976

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment
signed January 28, 2002.  

On June 28, 2002, appellant filed a
motion to dismiss because appellant no longer desires to prosecute the
appeal.  See Tex. R. App. P. 42.1.  The motion is granted. 

Accordingly, the appeal is ordered
dismissed.  

PER CURIAM

Judgment rendered and Opinion filed July 3, 2002.

Panel consists of Justices Hudson, Fowler, and
Edelman. 

Do Not Publish C Tex. R. App. P. 47.3(b).